UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYRELL WAYNE JONES,<br>    Plaintiff,<br>    v.<br>C. PFEIFFER, et al.,<br>    Defendants. | Case No. 19-cv-01075-DMR (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a state prisoner, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. 1. He has also filed a motion for leave to proceed *in forma pauperis*. Dkt. 2.

On February 27, 2019, the Clerk of the Court informed Plaintiff that this action has been assigned to the undersigned Magistrate Judge.[1] Dkt. 4.

The acts complained of occurred at Kern Valley State Prison in Kern County, which is located in the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.[2] The Clerk shall transfer the case forthwith.

---

[1] To date, Plaintiff has not yet returned the form indicating whether he consents to or declines magistrate judge jurisdiction in this action.

[2] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).

1     All pending motions are TERMINATED on this court's docket as no longer pending in
2  this district.
3     IT IS SO ORDERED.
4  Dated:  March 26, 2019

_____
DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYRELL WAYNE JONES,<br><br>    Plaintiff,<br><br>v.<br><br>C. PFEIFFER, et al.,<br><br>    Defendants. | Case No. 4:19-cv-01075-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 26, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dyrell Wayne Jones ID: AU8248
AS6-2-123
Kern Valley State Prison
P.O. Box 5104
Delano, CA 93216

Dated: March 26, 2019

                                              Susan Y. Soong
                                              Clerk, United States District Court

                                              By:_____
                                              Ivy Lerma Garcia, Deputy Clerk to the
                                              Honorable DONNA M. RYU